IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEANNE BONNELL,<br><br>   Plaintiff,<br><br>v.<br><br>ONE ADVANTAGE, LLC,<br><br>   Defendant. | Case No. 25-cv-203 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 5/29/2025     **MONICA A. STUMP, Clerk of Court**

              _s/ Tina Gray, Deputy Clerk_


**Approved:**   _s/J. Phil Gilbert_
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**